UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INC AUTHORITY, LLC, | Case No.: 2:24-cv-02394-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| DELUXE SMALL BUSINESS SALES, INC., | |
| Defendant | |

Under Local Rule 7.1-1(c), a "party must file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court." Plaintiff Inc Authority, LLC has responded to the defendant's motions to dismiss and to change venue but has not filed its certificate of interested parties. I order Inc Authority to do so.

I remind Inc Authority that Federal Rule of Civil Procedure 7.1(a)(2) requires parties in a diversity case to identify their citizenship. A limited liability company like Inc Authority is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Inc Authority's certificate of interested parties thus must identify the citizenship of each of its members, and if any of its members are limited liability companies, the citizenship of each of those members, and so on, until the citizenship is determined through natural persons or corporations.

I THEREFORE ORDER plaintiff Inc Authority, LLC to file its certificate of interested parties by February 7, 2025.

DATED this 28th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE