**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INC AUTHORITY, LLC, | Case No.: 2:24-cv-02394-APG-DJA |
|     Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| DELUXE SMALL BUSINESS SALES, INC., | |
|     Defendant | |

Under Local Rule 7.1-1(c), a "party must file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court." Plaintiff Inc Authority, LLC responded to the defendant's motions to dismiss and to change venue but did not file its certificate of interested parties, so I ordered Inc Authority to do so. ECF No. 19.

Inc Authority filed its certificate, but I strike it because it does not comply with Federal Rule of Civil Procedure 7.1(a)(2). As I previously advised Inc Authority, the rule requires parties in a diversity case to identify their citizenship. A limited liability company like Inc Authority is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Inc Authority's certificate of interested parties thus must identify the citizenship of each of its members, and if any of its members are limited liability companies, the citizenship of each of those members, and so on, until the citizenship is determined through natural persons or corporations.

I THEREFORE ORDER plaintiff Inc Authority, LLC's certificate of interested parties **(ECF No. 19) is STRICKEN**.

I FURTHER ORDER that plaintiff Inc Authority, LLC must file a proper certificate of interested parties by February 7, 2025.

DATED this 30th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2