UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INC AUTHORITY, LLC, | Case No.: 2:24-cv-02394-APG-DJA |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| DELUXE SMALL BUSINESS SALES, INC. and HOSTOPIA, | |
| Defendants | |

In light of defendant Deluxe Small Business Sales, Inc.'s response to the order to show cause (ECF No. 17) and the parties' certificates of interested parties (ECF Nos. 2, 21),

I ORDER that the order to show cause (ECF No. 13) is satisfied and I will not remand this case for lack of subject matter jurisdiction at this time.

DATED this 5th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE