**HONE LAW**
Jennifer W. Arledge, NV Bar No. 8729
jarledge@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone 702-608-3720
Fax     702-608-7814

**DORSEY & WHITNEY LLP**
Daniel J. Brown, MN Bar No. 0298992 *
Brown.Daniel@dorsey.com
F. Matthew Ralph, MN Bar No. 0323202 *
Ralph.Matthew@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Phone 612-343-2183
Fax     612-340-2807

*Admitted pro hac vice*

*Attorneys for Defendant
Deluxe Small Business Sales, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INC AUTHORITY, LLC, a Nevada Company, | Case No. 2:24-cv-02394-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| DELUXE SMALL BUSINESS SALES, INC., A Minnesota Corporation; HOSTOPIA., a Canadian Corporation dba Deluxe and/or HOSTPAPA; DOES I through X and ROE Corporations or Business Entities I through X, inclusive, | **(First Request)** |
| Defendants. | |

Defendant Deluxe Small Business Sales, Inc. ("Deluxe"), and Plaintiff Inc Authority, LLC ("Plaintiff"), by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 16 and 26, and Local Rule 16-1, hereby stipulate and agree as follows:

/ / /

/ / /

1

1. On November 8, 2024, Plaintiff Inc Authority, LLC filed its Complaint in the Eighth Judicial District Court of the State of Nevada, Case No. A-24-905773-C ("State Court Action"). (ECF No. 1-1.)

2. On November 25, 2024, Deluxe was served with a copy of the Complaint and Summons in the State Court Action.

3. On December 23, 2024, Deluxe appeared in the case by filing its Notice of Removal in this Court (ECF No. 1) and its Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332 in the State Court Action.

4. On January 2, 2025, Deluxe filed Defendant's Rule 12(B)(3) Motion to Dismiss, or in the Alternative, to Transfer to the District of Minnesota ("Motion to Dismiss or Transfer") (ECF Nos. 6 & 7) which is pending before the Court.

5. The Motion to Dismiss or Transfer has been fully briefed as of January 21, 2025, and is pending a decision.

6. Defendant Hostopia as referenced in the caption has not been served.

7. If granted, the Motion to Dismiss or Transfer would result in the transfer or dismissal of all claims asserted in the Complaint.

8. On or about February 10, 2025, counsel for Plaintiff and Deluxe conferred via email regarding whether and to what extent to engage in discovery, consistent with Rule 26(f). Given the outstanding motion to dismiss or transfer, and the uncertainty created thereby, Plaintiff and Deluxe agree and submit that good cause exists to postpone the Rule 26(f) conference, production of initial disclosures under Rule 26(a)(1)(C), and the entry of a scheduling order by the court, until after the entry of an order on the Motion to Dismiss or Transfer.

///
///
///
///
///
///

9. If the Motion to Dismiss or Transfer is denied, then the parties shall conduct the Rule 26(f) conference within 14 days of entry of the order denying the motion and file the discovery plan within 14 days after the Rule 26(f) conference is held.

Dated this 18th day of February 2025.

| HONE LAW | KURT K. HARRIS, ESQ., P.C. |
|---|---|
| /s/ Jennifer W. Arledge | /s/ Kurt Harris |
| Jennifer W. Arledge, NV Bar No. 8729<br>jarledge@hone.law<br>Kelly B. Stout, NV Bar No. 12105<br>kstout@hone.law<br>701 N. Green Valley Parkway, Suite 200<br>Henderson, NV 89074 | Kurt Harris, NV Bar No. 5354<br>kharris@702law.com<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, Nevada 89130<br><br>*Attorneys for Plaintiff*<br>*Inc Authority LLC* |
| DORSEY & WHITNEY LLP<br>Daniel J. Brown, MN Bar No. 0298992 *<br>Brown.Daniel@dorsey.com<br>F. Matthew Ralph, MN Bar No. 0323202 *<br>Ralph.Matthew@dorsey.com<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>Phone   612-343-2183<br>Fax     612-340-2807<br>*Admitted pro hac vice<br><br>*Attorneys for Defendant*<br>*Deluxe Small Business Sales, Inc.* | |

The Court finds that the parties have demonstrated good cause to stay discovery. *See Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, (D. Nev. Oct. 14, 2021). So the Court GRANTS their stipulation.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/19/2025